

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN D. FEREBEE, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 13-1565 |

**FILED**

MAY 20 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20th day of May, 2014, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can: explicitly include the work-related limitations caused by Plaintiff's moderate limitations in concentration, persistence or pace and social functioning in the residual functional capacity assessment, in any hypothetical question posed to the VE, and at step five of the sequential evaluation process.

BY THE COURT:

/s/ **Legrome D. Davis**

_____
LEGROME D. DAVIS, J.